UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLORIA MARCAVAGE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 14-7271 (MAS) (TJB)<br><br>**MEMORANDUM ORDER** |

**THIS MATTER** comes before the Court upon the Report and Recommendation of the Honorable Tonianne J. Bongiovanni, U.S.M.J., filed on January 27, 2016 (ECF No. 17) recommending that Plaintiff Gloria Marcavage's Complaint be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), and the Court having received no objections pursuant to Local Civil Rule 72.1(c)(2), and having reviewed the Report and Recommendation and other documents on file in this matter, and for good cause shown,

**IT IS** on this 5th day of April 2016, **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Bongiovanni filed on January 27, 2016 (ECF No. 17), is hereby ADOPTED as the findings of fact and conclusions of law of this Court.

2. Plaintiff's Complaint (ECF No. 1) is DISMISSED with prejudice; and

3. The Clerk of Court shall close this case.

　　　　　　　　　　　　　　　　　　_/s/ Michael A. Shipp_
　　　　　　　　　　　　　　　　　　**MICHAEL A. SHIPP**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**